SCWC-14-0001138

**Electronically Filed
Supreme Court
SCWC-14-0001138
12-DEC-2018
10:33 AM**

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

TITLE GUARANTY ESCROW SERVICES, INC.,
a Hawaiʻi corporation, Respondent/Plaintiff-Appellee,

v.

WAILEA RESORT COMPANY, LTD., a Hawaiʻi corporation,
Respondent/Defendant/Cross-claim Defendant/
Cross Claimant-Appellee,

and

MICHAEL J. SZYMANSKI,
Petitioner/Defendant/Cross Claimant/Third-party Plaintiff/Cross-
claim Defendant/Third-party Counterclaim Defendant-Appellant

and

ADOA-SHINWA DEVELOPMENT CORPORATION, a Hawaiʻi corporation,
and SHINWA GOLF HAWAIʻI CO., LTD, a Hawaiʻi corporation,
Respondents/Third-party Defendants/Cross-claim Defendants/
Third-party Counterclaimants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP NOS. 14-0001138 AND 16-0000034; CIV. NO. 02-1-0352(2))

ORDER
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Remigio, in place of Recktenwald, C.J., recused)

Upon consideration of Petitioner/Defendant/Cross
Claimant/Third-party Plaintiff/Cross-claim Defendant/Third-party
Counterclaim Defendant-Appellant Michael J. Szymanski's
application for writ of certiorari, filed November 6, 2018, is
hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, December 12, 2018.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Catherine H. Remigio

